IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-cr-21-DPJ-ASH

MICHAEL CHRISTIAN GREEN

NOTICE OF MAXIMUM PENALTY

**Deprivation of Civil Rights Under Color of Law**
18 U.S.C. § 242

- Not more than one (1) year of imprisonment
- Not more than a $10,000 fine
- Not more than one (1) year of supervised release
- $25 special assessment