**CRIMINAL CASE COVER SHEET**
U.S. District Court
PLACE OF OFFENSE:

FILED
MAR - 4 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: Pearl

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT ____ DOCKET # 3:24-cr-21-DPJ-ASH
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

COUNTY: Rankin

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: MICHAEL CHRISTIAN GREEN

**U.S. ATTORNEY INFORMATION:**

AUSA: Sam Goff      BAR #: MS 105813

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

___ ALREADY IN FEDERAL CUSTODY AS OF ____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1   ___ PETTY   1  MISDEMEANOR   ___ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:242.M | 18 U.S.C § 242 | deprivation of civil rights | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _[signature]_

Revised 9/22/2020